No. D–181. IN RE DISBARMENT OF FREEDSON. Disbarment entered. [For earlier order herein, see *ante,* p. 922.]

No. D–184. IN RE DISBARMENT OF CAIN. It is ordered that Carl L. Cain, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 5, Orig. UNITED STATES *v.* CALIFORNIA. Exception to Report of the Special Master set for oral argument in due course. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier order herein, see, *e. g., ante,* p. 816.]

No. 79–66. AARON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. [Certiorari granted, *ante,* p. 914.] Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted.

No. 79–192. NEW YORK GASLIGHT CLUB, INC., ET AL. *v.* CAREY. C. A. 2d Cir. [Certiorari granted, *ante,* p. 897.] Motion of the Attorney General of New York et al. for leave to participate in oral argument as *amici curiae* denied.

No. 79–813. AMERICAN COMMERCIAL LINES, INC. *v.* GRIFFITH ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 79–1082. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari granted.

No. 79–838. MAINE ET AL. *v.* THIBOUTOT ET VIR. Sup. Jud. Ct. Me. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.